No. 96–1972. DERTHICK ET AL. *v.* BASSETT-WALKER, INC., ET AL. C. A. 4th Cir. Certiorari denied.

No. 96–1973. LU *v.* HADLOCK ET AL. C. A. 1st Cir. Certiorari denied.

No. 96–1974. CREDICORP, INC., ET AL. *v.* DEPARTMENT OF BANKING AND FINANCE OF FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 96–1975. COULTER ET AL. *v.* METROPOLITAN LIFE INSURANCE CO.; SMITH *v.* METROPOLITAN LIFE INSURANCE CO.; and CORRIERE ET AL. *v.* METROPOLITAN LIFE INSURANCE CO. C. A. 3d Cir. Certiorari denied.

No. 96–1976. SOTO *v.* FLORES ET AL. C. A. 1st Cir. Certiorari denied.

No. 96–1977. LIED *v.* UNITED STATES;
No. 96–9480. WALLACE *v.* UNITED STATES;
No. 97–320. GALLEGOS *v.* UNITED STATES; and
No. 97–5688. PENA-RODRIGUEZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 110 F. 3d 1120.

No. 96–1978. RAMOS *v.* NEMETZ ET AL. C. A. 3d Cir. Certiorari denied.

No. 96–1979. HENNON *v.* COOPER, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 96–1980. DEL BUONO *v.* REYNOLDS WEIGEL ET AL. C. A. 3d Cir. Certiorari denied.

No. 96–1981. BELL *v.* PLANNED PARENTHOOD LEAGUE OF MASSACHUSETTS, INC. Sup. Jud. Ct. Mass. Certiorari denied.

No. 96–1983. COBB *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 96–1984. CROW TRIBE OF INDIANS *v.* MONTANA ET AL. C. A. 9th Cir. Certiorari denied.

No. 96–1985. HUME *v.* WALLIS ET AL. C. A. 9th Cir. Certiorari denied.